UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE MACIEL, | Case No. 2:10-CV-00785-LKK-KJN |
| Plaintiff, | JUDGMENT ORDER |
| v. | |
| DANNY L. STODDARD and KAREN R. STODDARD, dba STODDARD SATELLITE, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

After review of the Stipulated Request for Judgment filed by Plaintiff and Defendants, and for good reason **IT IS HEREBY ORDERED:**

1. Judgment is entered in favor of Plaintiff.

2. Defendant will make the necessary changes to their place of business, **STODDARD SATELLITE** located in Weaverville, California, to make the business compliant with the *Americans with Disabilities Act of 1990*.

3. Defendants collectively will pay Plaintiff the total sum of $8,000 inclusive of all costs of suit, all attorneys fees and all penalties (statutory or otherwise) in this matter.  Plaintiff will not file any further or subsequent motions, pleadings or memoranda of any kind

seeking to recover any further sums in this matter including any requests for attorneys fees, costs or penalties.

IT IS SO ORDERED.

Date:   July 7, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT